UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

IN RE: : CHAPTER 13
    Ricky Charles Reynolds & :
    Tracy Marie Reynolds, :
        Debtors. : CASE NO. 11-10186-jdw

## MODIFIED CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor (s) (or the debtor's (s') employer) shall pay to the trustee the sum of **$1,374.00** monthly. (If the payments change over time include the following.) These plan payments change to **$.00** monthly on _____, 20___.

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) The Trustee percentage fee as set by the United States Trustee.
   (b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | PAYMENT AMOUNT | MONTH OF FIRST PAYMENT UNDER PLAN |
|---|---|---|
| NONE | | |

   (c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | COLLATERAL | ADEQUATE PROTECTION AMOUNT |
|---|---|---|
| NONE | | |

   (d) The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. See § 1325(a).

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INT. | COLLATERAL | TO BE PAID |
|---|---|---|---|---|---|
| NONE | | | | | |

   (e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INT. | COLLATERAL | TO BE PAID |
|---|---|---|---|---|---|
| American Honda Finance | $36,041.00 | Debt | 5.25 | 2010 Honda Odyssey | $685.00 |
| First Federal S & L of Valdosta | $7,084.35 | Debt | 6.0 | Cash Deposit Loan | $137.00 |
| Southeastern Federal Credit Union | $7,506.00 | Debt | 5.25 | 2002 Dodge Ram | $143.00 |
| HSBC/Polaris | $7,800.35 | Debt | 4.0 | Fourwheeler | $184.00 |

   (f) Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of **$1,500.00** to be paid as follows:

| AMOUNT | MONTHLY PAYMENT |
|---|---|
| Pursuant to the Administrative Order of August 17, 2007 | Pay according to the administrative order |

   (g) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INT. | COLLATERAL | TO BE PAID |
|---|---|---|---|---|---|
| NONE | | | | | |

(h) The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| Prestige Financial Service | 2005 Chevrolet Pickup |
| BAC Home Loans Servicing | 106 Middle Trail |

(i) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will be made simultaneously with payment of the secured debt to the extent funds are available and will include interest at the rate of ___%. If this is left blank, no interest will be paid.

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|
| NONE | |

(j) The following unsecured claims are classified to be paid at 100%. These payments will/will not be paid simultaneously with payment of the secured debt:
NONE

(k) All other 11 U.S.C. §507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.
NONE

(l) The debtor(s) will be the disbursing agent on the following debts:
NONE

(m) Special Provisions:
    (1) Within 30 days of completion of payments of the secured debt and discharge of debtor, **American Honda Finance and Southeastern Federal Credit Union** shall surrender the title of the vehicle to the debtor with their lien satisfied.
    (2) DEBTOR REQUESTS A PAYROLL DEDUCTION ORDER on Mr. Reynolds' employment as soon as possible.

(n) Debtor(s) will make payments that meet all of the following parameters (these are not cumulative, debtors will pay the highest of the three)

   (i)   Debtor(s) will pay all of his disposable income as shown of Form B22C of **$.00** to the non priority unsecured creditors in order to be eligible for a discharge.

   (ii)   If the debtor(s) filed a Chapter 7 case, the unsecured creditors would receive **$.00**. Debtor(s) will pay this amount to the priority and other unsecured creditors in order to be eligible for a discharge.

   (iii)   The debtor(s) will pay **$6,000.00** to the general unsecured creditors to be distributed prorata.

(o) General unsecured creditors whose claims are duly proven and allowed will be paid (choose one only)

   (a)   ___% dividend as long as this dividend exceeds the highest amount, if any, shown in paragraph (n)(i), (n)(ii) or (n)(iii), and the debtor pays in at least 36 monthly payments to be eligible for discharge.

   (b)   the debtor(s) will make payments for __60__ months and anticipates a dividend of_%, but will also exceed the highest amount shown in paragraph (n)(i), (n)(ii) or (n)(iii) above.

_02/08/2013_____
DATE

/s/ Ricky Charles Reynolds
DEBTOR:

/s/ Tracy Marie Reynolds
DEBTOR