

**SO ORDERED.**

**SIGNED this 4 day of March, 2013.**

*James D. Walker, Jr.*
**James D. Walker, Jr.
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceeding |
| Ricky Charles Reynolds and | : | |
| Tracy Marie Reynolds, | : | |
| Debtors. | : | Case No. 11-10186-jdw |

### ORDER

The foregoing Motion to Modify Plan After Confirmation having been read and considered and no objections having been filed,

IT IS HEREBY ORDERED that same be allowed.

END OF DOCUMENT

Order prepared by:
Robert J. Pinnero
Attorney for Debtors
State Bar No. 580389
510-B W. Broad Avenue
Post Office Box 1379
Albany, Georgia 31702-1379
(229) 436-9661